UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THYSSEN KRUPP BUDD CO.,

    Plaintiff,

                                                          Case No. 07-11898
-vs-                                                      Judge Avern Cohn

PSC METALS, INC.,

    Defendant.

                                            /

## MEMORANDUM AND ORDER DENYING PARTIES' CROSS-MOTIONS FOR SUMMARY JUDGMENT

This is a contract case. The parties made cross-motions for summary judgment on which the Court held a hearing on April 16, 2008. For reasons stated on the record at the hearing, the cross-motions for summary judgment are DENIED. The case will proceed to trial.

    SO ORDERED.

Dated: April 21, 2008                    s/Avern Cohn
                                         AVERN COHN
                                         UNITED STATES DISTRICT JUDGE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, April 21, 2008, by electronic and/or ordinary mail.

                                                s/Julie Owens
                                                Case Manager, (313) 234-5160